UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMYTH, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   NO. 1:15-cv-13693-NMG |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of the | ) |
| Social Security | ) |
| Administration, | ) |
|     Defendant. | ) |

**ASSENTED TO MOTION FOR REMAND AND ENTRY OF JUDGMENT
REVERSING THE COMMISSIONER'S DECISION**

Now comes the defendant, by and through the undersigned attorney, pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and requests the Court to reverse the Commissioner's decision, remand this case for further action, and enter judgment for the plaintiff pursuant to sentence four of 42 U.S.C. § 405(g).

As grounds for this motion, the defendant states that remand to the Social Security Administration is appropriate for further administrative proceedings. Upon remand, the case will be assigned to a new Administrative Law Judge (ALJ). The plaintiff will be given the opportunity to submit further evidence and the opportunity for a de novo hearing. The ALJ will re-evaluate the opinions of Drs. Keuthen and Fierman, and otherwise complete the five-step disability evaluation process.

Further, the defendant states that in Shalala v. Schaefer, 509

*Motion allowed.* /s/ NM Gorton, USDJ  8/9/16